UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

ANDREI RVALOV,

                Plaintiff,

    -against-

THEMEFOOD INC. *d/b/a* LIVE BAIT *d/b/a* FLATS
FIX; CHARLES MILITE, *in his individual capacity*;
CHARLES MILITE, *in his OFFICIAL capacity*;
CAROLYN BENITEZ, *in her individual capacity*;
CAROLYN BENITEZ, *in her official capacity*; JOHN
AND JANE DOES 1-10, *individually*; JOHN AND
JANE DOES 1-10, *in their official capacities*; and XYZ
CORP. 1-10,

                Defendants.

------------------------------------x

ORDER

19 Civ. 10638 (GBD)

GEORGE B. DANIELS, United States District Judge:

This Court having been advised that the parties have reached agreement on all issues in this matter, the Clerk of Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's docket if an application to restore is made within thirty (30) days.

All conferences previously scheduled are adjourned *sine die*.

Dated: February 13, 2020
      New York, New York

SO ORDERED.

*/s/ George B. Daniels*
GEORGE B. DANIELS
United States District Judge